| ALL STAR EAST PROPERTIES, L.L.C. | * | NO. 2025-CA-0514 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| ROMY SCHOFIELD-SAMUEL, DIRECTOR OF FINANCE FOR THE CITY OF NEW ORLEANS | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**PAB** **BROWN, J., CONCURS AND ASSIGNS REASONS**

I respectfully concur for the reasons assigned by Judge Jenkins.